IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG ALLAN WILLIAMS, | : |
| Petitioner | : |
| v. | : CIVIL NO. 3:CV-15-1521 |
| WARDEN L. J. ODDO, | : (Judge Brann) |
| Respondent | : |

## **ORDER**

October 27, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge